**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITA BRATTON,<br><br>        Plaintiff,<br><br>   v.<br><br>WESCOM CREDIT UNION, WEDGEWOOD COMMUNITY FUND, II, LLC, AND DOES 1-10,<br><br>        Defendants. | Case No. EDCV 13-01203-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 22, 2013

                                              VIRGINIA A. PHILLIPS
                                           United States District Judge